AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

QUENTIN RAPHAEL OWENS
    Plaintiff

v.                                          **Civil Action No.**   4:23cv72

T-MOBILE
*Phone in Lafayette IN*
*also known as*
T-Mobile Phone Service
    Defendant

## SECOND AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) .

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon.

DATE:    9/29/2023            CHANDA J. BERTA, CLERK OF COURT
                              by    s/R. Figueroa
                              *Signature of Clerk or Deputy Clerk*